# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

| | |
|---|---|
| IN RE: | CASE NO: 8−09−71715−reg |
| GreyStone Staffing, Inc. | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 11 |
| 11−3088625 | |
| DEBTOR(s) | |

## ORDER TO CLOSE DISMISSED CASE

The above−captioned case was dismissed by order dated November 23, 2009

**IT IS ORDERED THAT:**

(Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 11 case of the above−named debtor(s) is closed.

                                                s/ Robert E. Grossman
                                                United States Bankruptcy Judge

Dated: December 8, 2009

**Goclosdsmcs** [Order to Close Dismissed Case rev. 07/21/03]